# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| CHARLES BOWLES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 1:21-cv-00845-LPS |
| v. | ) |
| | ) |
| VEREIT, INC., SUSAN SKERRITT, PRISCILLA ALMODOVAR, JULIE G. RICHARDSON, MARY HOGAN PREUSSE, EUGENE A. PINOVER, RICHARD LIEB, DAVID B. HENRY, HUGH R. FRATER, GLENN RUFRANO, VEREIT OPERATING PARTNERSHIP, L.P., REALTY INCOME CORPORATION, RAMS MD SUBSIDIARY I, INC., and RAMS ACQUISITION SUB II, LLC, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff hereby voluntarily dismisses the above-captioned action (the "Action"). Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: October 20, 2021

**RIGRODSKY LAW, P.A.**

By: */s/ Gina M. Serra*
Seth D. Rigrodsky (#3147)
Gina M. Serra (#5387)
Herbert W. Mondros (#3308)
300 Delaware Avenue, Suite 210
Wilmington, DE 19801
Telephone: (302) 295-5310
Facsimile: (302) 654-7530
Email: sdr@rl-legal.com
Email: gms@rl-legal.com
Email: hwm@rl-legal.com

*Attorneys for Plaintiff*